In the Matter of the Claim of JOSEPH JACOBSON, Respondent, against ADOLPH
COHEN and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.—
Award for dermatitis of both hands. Evidence sustains finding that the occu-
pational disease followed continuous washing of spinach. Tests disclosed the
presence of sulphide, an acid, in the spinach and celery. This occupational
disease comes under paragraphs 9 and 27 of subdivision 2 of section 3 of the

Workmen's Compensation Law. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.